

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-31,583-04

### EX PARTE FELIX RIVERA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. D-12-0821-SB IN THE 391ST DISTRICT COURT
FROM TOM GREEN COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault of a child and sentenced to twenty years' imprisonment.

Applicant contends that his counsel rendered ineffective assistance because she failed to timely file a notice of appeal. Untimely notice of appeal was filed, causing the appellate court to dismiss the case for want of jurisdiction. *Rivera v. State*, No. 07-15-00400-CR (Tex. App.—Amarillo Dec. 7, 2015).

The trial court has determined that counsel failed to timely file a notice of appeal. We find that Applicant is entitled to the opportunity to file an out-of-time appeal of the judgment of conviction in Cause No. D-12-0821-SB from the 391st District Court of Tom Green County. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. Within ten days of the issuance of this opinion, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wishes to be represented by counsel, the trial court shall immediately appoint an attorney to represent Applicant on direct appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: April 12, 2017
Do not publish